IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| JUSTIN KEMLER, *et al.*, <br> Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 2:21CV257 (RCY) |
| DELI MANAGEMENT, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) | |

**ORDER**

This matter comes before the Court on the Settlement Approval Hearing conducted on April 25, 2022. Upon consideration and for good cause shown, the Court hereby APPROVES the Accepted Offer of Judgment as fair and reasonable and DIRECTS the Clerk to enter Judgment pursuant to the parties' Notice of Acceptance of Judgment (ECF No. 25).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: April 25, 2022